MCGREGOR SCOTT
United States Attorney
MAUREEN E. DOWLING
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:18-po-00333 JLT<br>Citation No. 7054915 |
| Plaintiff, | GOVERNMENT'S MOTION AND<br>PROPOSED ORDER FOR DISMISSAL |
| v. | |
| INTISSAR HAMOUDA, | |
| Defendant | |

The United States of America, by and through McGregor Scott, United States Attorney, and Maureen E. Dowling, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 7054915 against INTISSAR HAMOUDA without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: March 5, 2019

Respectfully Submitted,
McGregor Scott
United States Attorney

By: */s/ Maureen Dowling*
Maureen E. Dowling
Special Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that Citation Number 7054915 against INTISSAR HAMOUDA be dismissed without prejudice, in the interest of justice.

Dated: _____March 6\_\_, 2019

_Jennifer L. Thurston_
HON. JENNIFER L. THURSTON
United States Magistrate Judge